United States District Court

Eastern District of California

Brady Armstrong,

     Plaintiff,                              No. Civ. S 04-2136 GEB PAN P

  vs.                                     Order

D. L. Runnels, et al.,

     Defendants.

-oOo-

    June 14, 2005, plaintiff filed an amended complaint without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Plaintiff shall file a proof of service within ten days. Otherwise this action will proceed on the complaint filed October 12, 2004.

    So ordered.

    Dated: June 16, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge