1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12   Brady Armstrong,

13          Plaintiff,                No. Civ. S 04-2136 GEB PAN P

14       vs.                          Order

15   D. L. Runnels, et al.,

16          Defendants.

17                            -oOo-

18       Defendants move to stay discovery pending service of the

19   first-amended complaint.  The court has ordered service thereof

20   and so the request is moot.

21       Accordingly, defendants' June 23, 2005, motion is denied.

22   The time to respond to any outstanding discovery request by

23   either party is extended 30 days after service of this order.

24       So ordered.

25       Dated:  September 6, 2005.

26
                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge