1

2

3

4

5

6

7

8                     United States District Court

9                     Eastern District of California

10

11

12   Brady Armstrong,

13          Plaintiff,              No. Civ. S 04-2136 GEB PAN P

14      vs.                         Order

15   D. L. Runnels, et al.,

16          Defendants.

17                         -oOo-

18      October 12, 2004, plaintiff filed a complaint.  April 14,

19   2005, defendants moved to dismiss.  June 14, 2005, plaintiff

20   filed and served a first-amended complaint.

21      "A party may amend the party's pleading once as a matter of

22   course at any time before a responsive pleading is served . . .

23   ." Fed. R. Civ. P. 15(a).  Since defendants have not answered the

24   complaint, this action proceeds on the first-amended complaint

25   and defendants' April 14, 2005, motion to dismiss is moot.

26      The court has reviewed plaintiff's June 14, 2005, first-

amended complaint pursuant to 28 U.S.C. § 1915A and finds it
states a cognizable claim against defendants Chandler, Young,
Turner, Rumble, Phinney, James Gomez, D. L. Runnels, Gellette,
Callison, Mangis, Fernandez, and the Doe defendant who is alleged
to have ignored plaintiff's medical needs during a September 2,
2004, transport pursuant to 42 U.S.C. § 1983 and 28 U.S.C.
§ 1915A(b).

The complaint states no cognizable claim against defendants
Levin, Corea, Sands, Barton, Watkins, Roche, J. Rohlfing or the
other Doe defendants.  By separate findings and recommendations,
the court recommends claims against these defendants be
dismissed.

Accordingly, the court hereby orders that:

1.  Service of process is appropriate for defendants
Chandler, Young, Turner, Rumble, Phinney, James Gomez, Gellette,
Callison, Mangis and Fernandez.

2.  The Clerk of the Court shall send plaintiff 10 USM-285
forms, one summons, an instruction sheet and one copy of the June
14, 2005, pleading.

3.  Within 30 days from service of this order, plaintiff
shall complete the attached Notice of Submission of Documents and
submit it to the court with the completed summons and USM-285
forms and 11 copies of the June 14, 2005, pleading.

4.  Upon receipt of the necessary materials, the court will
direct the United States Marshal to serve defendants Chandler,
Young, Turner, Rumble, Phinney, James Gomez, Gellette, Callison,

1  Mangis and Fernandez pursuant to Federal Rule of Civil Procedure

2  4 without payment of costs.

3       5.   Plaintiff shall seek the names of the Doe defendants and

4  seek leave to amend the complaint promptly upon discovering them.

5       So ordered.

6       Dated:   September 6, 2005.

7                              ____/s/ Peter A. Nowinski_____

8                              PETER A. NOWINSKI
                               Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                           United States District Court

9                          Eastern District of California

10

11

12  Brady Armstrong,

13          Plaintiff,              No. Civ. S 04-2136 GEB PAN P

14      vs.                         Notice of Submission of Documents

15  D. L. Runnels, et al.,

16          Defendants.

17                              -oOo-

18      Plaintiff hereby submits the following documents in

19  compliance with the court's order filed _____:

20          __1__    completed summons form

21          __10__   completed forms USM-285

22          __11__   copies of the __June 14, 2005__
                                    First-Amended Complaint
23

24  Dated: _____

25                        _____
                          Plaintiff
26