IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

    Plaintiff,                2:04-cv-2136-GEB-PAN-P

  vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prisoner, without counsel, prosecuting this civil rights action in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 6, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

1

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

         Accordingly, IT IS HEREBY ORDERED that:

         1. The findings and recommendations filed September 6, 2005, are adopted in full;

         2. Plaintiff's Due Process and Fourth Amendment claims against Garcia, Jimenez, and Pontarol are dismissed with prejudice;

         3. Plaintiff's access to courts claim against Garcia, Jimenez, and Pontarol is dismissed without prejudice; and

         4. Claims against Levin, Correa, Sands, Barton, Watkins, Roche, and Rohlfing are dismissed without prejudice.

Dated: September 26, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

2