United States District Court

Eastern District of California

Brady Armstrong,

      Plaintiff,            No. Civ. S 04-2136 GEB PAN P

  vs.                            Order

D. L. Runnels, et al.,

      Defendants.

-oOo-

December 9, 2005, defendants requested an extension of time to file and serve a response to the complaint. Good cause appearing, defendants' request is granted and is extended until 30 days from the date this order is signed.

So ordered.

Dated: December 20, 2005.

                                           /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
                                           Magistrate Judge