United States District Court

Eastern District of California

Brady Armstrong,

        Plaintiff,    No. Civ. S 04-2136 GEB PAN P

   vs.    Order

D. L. Runnels, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

    The United States Marshal has returned process directed to defendants Rumble and Mangis unserved because they could not be found. Plaintiff must provide new information about where these defendants may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but must proceed with haste because Fed. R. Civ. P.

4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1. The clerk of the court shall mail plaintiff two forms USM-285 and a copy of the pleading filed June 14, 2005.

2. Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with the completed forms USM-285 providing instructions for service of process upon defendants Rumble and Mangis and two copies of the pleading provided to plaintiff.

3. If plaintiff does not provide new instructions for service of process upon defendants Rumble and Mangis within the time allowed or show good cause for such failure I will recommend this action be dismissed as to the defendant who is not served.

So ordered.

Dated: January 24, 2006.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge

United States District Court

Eastern District of California

Brady Armstrong,

     Plaintiff,          No. Civ. S-04-2136 GEB PAN P

  vs.                  Notice of Submission of Documents

D. L. Runnels, et al.,

     Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __0__ completed summons form

    __2__ completed forms USM-285

    __2__ copies of the ____June 14, 2005____
                              Amended Complaint

Dated: _____

                                  _____
                                  Plaintiff