IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                      No. CIV S-04-2136 GEB PAN P

    vs.

D.L. RUNNELS, et al.,

        Defendants.          ORDER

_____/

        Plaintiff requests appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's February 23, 2006, request for the appointment of counsel will therefore be denied.

        Plaintiff requests an extension of time to file and serve a response to defendants' January 19, 2006, motion to dismiss.

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's February 23, 2006, request for the appointment of counsel is denied;

2. Plaintiff's February 23, 2006, request for an extension of time is granted; and

3. Plaintiff is granted 60 days from the date of this order to file and serve a response to defendants' January 19, 2006, motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: March 7, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
/004
arms2136.36+31