IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

      Plaintiff,               No. CIV S-04-2136 GEB PAN P

   vs.

D.L. RUNNELS, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.

      On January 25, 2006, the court directed plaintiff to complete and to return to the court two USM-285 forms and two copies of the amended complaint, which are required to effect service on defendants Rumble and Mangis. On March 8, 2006, plaintiff submitted two copies of the June 13, 2005, amended complaint and a USM-285 form for defendant Rumble. Plaintiff did not submit a USM-285 form for defendant Mangis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff one USM-285 form; and

/////

/////

2. Within thirty days from the date of this order, plaintiff shall submit to the court one USM-285 form for defendant Mangis. Failure to comply with this order will result in a recommendation that claims against defendant Mangis be dismissed.

DATED: March 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
/004;arms2136.8f(2)