IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                      No. CIV S-04-2136 GEB PAN P

    vs.

D. L. RUNNELS, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis seeking relief pursuant to 42 U.S.C. § 1983.

        On October 13, 2005, the court ordered the United States Marshal to serve the complaint on defendants. On January 26, 2006, process directed to defendant Fernandez was returned unserved because he could not be located. Plaintiff must provide additional information to serve this defendant. Plaintiff promptly shall seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

///

///

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, an
3  instruction sheet and a copy of the complaint filed June 14, 2005.

4       2. Within 60 days from the date of this order, plaintiff shall complete and submit
5  the attached Notice of Submission of Documents to the court with the following documents:

6       a. One completed USM-285 form for defendant Fernandez;

7       b. Two copies of the endorsed complaint filed June 14, 2005; and

8       c. One completed summons form (if not previously provided) or show
9       good cause why he cannot provide such information.

10  DATED: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\arms2136.8e

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

     Plaintiff,                          No. CIV S-04-2136 GEB PAN P

    vs.

D. L. RUNNELS, et al.,                  NOTICE OF SUBMISSION

     Defendants.                        OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____     completed summons form

       1      completed USM-285 form

       2      copies of the   June 14, 2005
                             Amended Complaint

DATED:

                                    _____
                                    Plaintiff