IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                      No. CIV S-04-2136 GEB PAN P

    vs.

D. L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On January 3, 17 and 25, 2006, plaintiff filed interrogatories. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. IT IS HEREBY ORDERED that plaintiff's January 3, 17 and 25, 2006, requests are disregarded.

DATED: April 24, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

\004;\arms2136.411c