IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

    Plaintiff,                    No. CIV S-04-2136 GEB PAN P

  vs.

D.L. RUNNELS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to defendant's May 5, 2006, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 5, 2006, motion for an extension of time is granted; and

        2. Plaintiff is granted 30 days from the date of this order to file and serve objections to defendant's May 5, 2006, motion to dismiss. Defendant's reply, if any, shall be filed seven days thereafter.

DATED: May 15, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp/004
arms2136.36