IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

    Plaintiff,                    No. CIV S-04-2136 GEB PAN P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 21, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Mangis was returned unserved with the notation, "unable to locate (no info)." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed June 14, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Mangis;

    b. Two copies of the endorsed complaint filed June 14, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: May 25, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/004
arms2136.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

     Plaintiff,                         No. CIV S-04-2136 GEB PAN P

     vs.

D.L. RUNNELS, et al.,               <u>NOTICE OF SUBMISSION</u>

     Defendants.                  <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____     completed summons form

     __1__     completed USM-285 forms

     __2__     copies of the __June 14, 2005__
                                           Complaint

DATED:

                                         _____
                                         Plaintiff