1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRADY ARMSTRONG,

11               Plaintiff,                    No. CIV S-04-2136 GEB PAN P

12          vs.

13   D.L. RUNNELS, et al.,

14               Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff has requested a second extension of time to file and serve objections to

17   defendant's May 1, 2006, motion to dismiss.  Good cause appearing, plaintiff's request for

18   extension will be granted.  No further extensions of time will be granted.

19          Plaintiff also seeks an extension of time in which to accomplish service of

20   process. By order filed September 6, 2005, the court ordered service of process of the June 14,

21   2005 amended complaint on defendants Chandler, Young, Turner, Rumble, Phinney, James

22   Gomez, Gellette, Callison, Mangis and Fernandez.  On September 27, 2005, the district court

23   dismissed plaintiff's due process and fourth amendment claims against Garcia, Jiminez and

24   Pontarol, and dismissed plaintiff's claims against Levin, Correa, Sands, Barton, Watkins, Roche

25   and Rohlfing.

26          On October 13, 2005, service of process was ordered on defendants Runnels,

Pontarolo, Chandler, Phinney, Rumble, Turner, Young, Fernandez, James Gomez, Silvia Garcia, Jiminez, Sands and Paramo.  On November 1, 2005, defendant Runnels filed an answer.  On January 19, 2006, defendants Runnels, Gellette, Callison, Phinney, Chandler and Young filed a motion to dismiss.  That motion stands submitted.

On December 1, 2005, service on defendants Rumble and Mangis were returned unexecuted.  On January 25, 2006, plaintiff was directed to provide additional information to execute service on defendants Rumble and Mangis.  On April 21, 2006, after plaintiff provided the requisite forms, the Marshal was directed to execute service on defendants Rumble and Mangis.  On May 12, 2006, service on defendant Mangis was again returned unexecuted.  On May 26, 2006, plaintiff was directed to provide additional information to accomplish service of process on defendant Mangis.  On May 30, 2006, service of process was again returned unexecuted as to defendant Rumble.

On January 20, 2006, service on defendant Turner was returned unexecuted.  On January 26, 2006, service of process on defendant Fernandez was returned unexecuted.  On April 21, 2006, plaintiff was directed to provide additional information for service of process on defendant Fernandez within sixty days.

On May 1, 2006, defendant Gomez filed a motion to dismiss.

This action is proceeding on plaintiff's amended complaint filed June 14, 2005.  It appears plaintiff has, in good faith, attempted to locate defendants Rumble, Mangis, Fernandez and Turner without success.  Accordingly, defendants' counsel shall query the Department of Corrections to ascertain the whereabouts of these defendants.  If defendant Rumble, Mangis, Fernandez and Turner are still employed with the Department of Corrections or any other California state agency, counsel shall provide the business address to plaintiff.  If counsel is otherwise informed of the business address of defendants Rumble, Mangis, Fernandez and Turner, counsel shall provide the address to plaintiff.  In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendants Rumble, Mangis,

1   Fernandez and Turner, counsel shall so inform the court.  Defendants' counsel shall file and serve

2   the appropriate response within twenty days of the filed date of this order.

3                IT IS HEREBY ORDERED that:

4                1.  Plaintiff's May 5, 2006, motion for an extension of time to oppose the motion

5   to dismiss is granted.  Plaintiff is granted 30 days from the date of this order to file and serve

6   objections to defendant's May 1, 2006, motion to dismiss.  Defendant's reply, if any, shall be

7   filed seven days thereafter.   No further extensions of time will be granted.

8                2.  Plaintiff's May 5, 2006 motion to extend the time for service of process is

9   granted; plaintiff is granted an additional 120 days in which to accomplish service of process on

10  defendants Rumble, Mangis, Fernandez and Turner.

11               3.  Within twenty days from the date of this order, counsel for defendants shall

12  notify the court, in writing, whether it has provided to plaintiff the addresses for service of

13  process on defendants Rumble, Mangis, Fernandez and Turner, or whether, after good faith

14  inquiry, counsel was unable to locate their addresses.

15  DATED:  June 8, 2006.

16

17                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
18

19  /001
    arms2136.cuo
20

21

22

23

24

25

26