IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

      Plaintiff,                       No. CIV S-04-2136 GEB PAN P

    vs.

D.L. RUNNELS, et al.,

      Defendants.               <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2006, defendants filed a motion to vacate pretrial dates based on the pendency of their motion to dismiss.

         On April 11, 2006, this court issued a scheduling order setting, *inter alia*, a discovery deadline for July 7, 2006 and a dispositive motion deadline for September 1, 2006. On May 1, 2006, defendants filed a motion to dismiss this action for plaintiff's failure to first exhaust his administrative remedies. On May 3, 2006, defendants filed a motion to stay discovery pending ruling on the motion to dismiss. On June 9, 2006, plaintiff was granted an additional thirty days in which to file an opposition to the motion to dismiss. In addition, plaintiff was granted another 120 days in which to accomplish service of process on defendants Rumble, Mangis, Fernandez and Turner.

1

In light of the status of service of process in this action, the April 11, 2006 scheduling order will be vacated *in toto*. Defendants' motion to stay discovery will be granted for a period of four months, with the exception of any efforts taken to obtain the addresses of defendants Rumble, Mangis, Fernandez and Turner and to accomplish service of process thereon. (<u>See</u> June 9, 2006 Order.)  Discovery will reopen upon expiration of the four month period.

Finally, on June 8, 2006, plaintiff filed a motion seeking a court order requiring defendants to provide him with his legal property.  Good cause appearing, defendants will be ordered to notify the court of the status of plaintiff's access to his legal materials.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' June 13, 2006 motion to vacate pretrial dates is granted;

2. The April 11, 2006 scheduling order is vacated;

3. Defendants' May 3, 2006 motion for stay of discovery is partially granted;

4. Discovery is stayed for a period of four months from the date of this order; upon expiration of the four month period, discovery shall reopen and the court will issue a revised scheduling order.

5. Within twenty days from the date of this order, defendants shall notify the court, in writing, regarding the status of plaintiff's access to his legal materials.

DATED:  June 15, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; arms2136.sty

2