1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRADY ARMSTRONG,

11           Plaintiff,                    No. CIV S-04-2136 GEB EFB P

12        vs.

13   D. L. RUNNELS, et al.,

14           Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On March 21, 2007, he filed a document styled, "Notice of Motion for

18   Attorney and Typewriter Use."  He asserts that he suffered a stroke on January 3, 2007, and

19   therefore requires counsel's assistance and access to a typewriter.

20        District courts lack authority to require counsel to represent indigent prisoners in

21   section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In

22   exceptional circumstances, the court may request counsel voluntarily to represent such a

23   plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood

24   v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no

25   exceptional circumstances in this case.

26   ////

1

1   Plaintiff's request for an order directing that he be given access to a typewriter also must

2   be denied.  He has not alleged that he has requested such access and that an identified official

3   has denied the request.

4   In light of the above, IT IS HEREBY ORDERED that plaintiff's March 21, 2007, motion

5   is denied.

6   DATED:  May 21, 2007.

7   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26