IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                    No. CIV S-04-2136 GEB EFB P

    vs.

D.L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Plaintiff's request for an order directing that he be given access to a typewriter also must be denied. He has not alleged that he has requested such access and that an identified official has denied the request.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 11, 2007, motion for
2  appointment of counsel and for use of a typewriter is denied.
3  DATED: July 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE