IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                      No. CIV S-04-2136 GEB EFB P

    vs.

D. L. RUNNELS, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the July 10, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's August 16, 2007, request is granted and plaintiff has 20 days from the date this order is served to file and serve objections to the findings and recommendations.

      So ordered.

Dated: August 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE