IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

      Plaintiff,                          2:04-cv-2136-GEB-EFB-P

    vs.

D. L. RUNNELS, et al.,

      Defendants.                 <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On April 10, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 10, 2008, are adopted in full;

2. This action is dismissed without prejudice with respect to defendant Rumble;

3. As defendant Rumble was the sole remaining defendant, this action is dismissed; and

4. The Clerk is directed to enter judgment and close the case.

Dated: May 29, 2008

                        GARLAND E. BURRELL, JR.
                        United States District Judge